IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DOUGLAS WEAKLEY,<br><br>    Plaintiff,<br><br>v.<br><br>HOMELAND SECURITY SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 3:14-cv-00785 |

## DEFENDANT HOMELAND SECURITY SOLUTIONS, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

NOW COMES Defendant, Homeland Security Solutions, Inc. (hereinafter, "HSSI"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and moves this Court for entry of an Order dismissing the Amended Complaint filed by Plaintiff Douglas Weakley against HSSI in the above-captioned matter, for the reasons set forth in HSSI's accompanying Brief in Support filed contemporaneously herewith.

                        HOMELAND SECURITY SOLUTIONS, INC.

                        By: /s/ Christopher A. Abel
                             Christopher A. Abel (VSB No. 31821)
                             D. Sutton Hirschler III (VSB No. 85596)
                             Counsel for Defendant Homeland
                             Security Solutions, Inc.
                             Willcox & Savage, P.C.
                             440 Monticello Avenue, Suite 2200
                             Norfolk, Virginia 23510
                             Telephone: 757.628.5547
                             Facsimile: 757.333.3547
                             cabel@wilsav.com
                             dhirschler@wilsav.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this 6th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. There are no parties who will receive notification of such filing (NEF) electronically, however a copy is being served on the following *via* First Class Mail, postage prepaid:

Douglas Weakley, *pro se*
8350 Wetherden Drive
Mechanicsville, Virginia 23111

     To the best of my knowledge there are no other parties who require service by other means.

                              By /s/ Christopher A. Abel
                                   Christopher A. Abel (VSB No. 31821)
                                   Counsel for Defendant Homeland
                                   Security Solutions, Inc.
                                   Willcox & Savage, P.C.
                                   440 Monticello Avenue, Suite 2200
                                   Norfolk, Virginia 23510
                                   Telephone: 757.628.5547
                                   Facsimile: 757.333.3547
                                   cabel@wilsav.com

I-1313868.1

## NOTICE TO PARTIES WHO DO NOT HAVE COUNSEL IN THIS ACTION

As required by Local Rule 7(K), the following warning is given to all parties who do not have counsel representing them in this action (referred to as a "*pro se* party"). Specifically, this notice is given to Douglas Weakley.

(1) The *pro se* party is entitled to file a response opposing the motion and that any such response must be filed within twenty-one (21) days of the date on which the dispositive or partially dispositive motion is filed; and

(2) The Court could dismiss the action on the basis of the moving party's papers if the *pro se* party does not file a response; and

(3) The *pro se* party must identify all facts stated by the moving party with which the *pro se* party disagrees and must set forth the *pro se* party's version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury); and

(4) The *pro se* party is also entitled to file a legal brief in opposition to the one filed by the moving party.

**BE GOVERNED ACCORDINGLY**.