

July 14 ,2015

Via US Mail

Mr. Able and M. Hirscher

440 Monticello Ave Suite 2200

Norfolk, Va 23510

Ref:   Case 3:14 - cv-00785  Weakley v. HSSI

Please find enclosed Plaintiff Appeal of Judge recommendations/findings and decision dated 6/16/2015.

Regards,

Douglas Weakley

United States District Court

Eastern District of Virginia

Richmond Division

Case #   3:14-cv-00785

Plaintiff,

Douglas Weakley
8350 Wetherden Dr
Mechanicsville,Va 23111
804-938-2848

V.

Homeland Security Solutions Inc
3130 A Nasa Dr
Hampton,Va 23666
757-722-4726
Serve : Richard  Neville  COO

Notice to be sent Attorneys:

Christopher Abel, D. Sutton Hirschler III

APPEAL OF DECISION

Plaintiff Doug Weakley under Federal Rules of Appellate Procedure, Appeals judges recommendations and findings as listed below Plaintiff ask the Court of Appeals to review Judges finding/recommendation/decision and grant our day in court.

- DEFENDANT HSSI'S MOTION TO DISMISS (Docket No. 6)

- DEFENDANT HOMELAND SECURITY SOLUTIONS, INC.'S MOTION TO DISMISS PLAINTIFF'S AMAENDED COMPLAINT (Docket No. 18)

- DEFENDANT HOMELAND SECURITY SOLUTIONS, INC.'S MOTION TO STRIKE PLAINTIFF'S "RESPONSE TO DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS (Docket No. 29)

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 33) entered herein on May 19, 2015, the plaintiff's objections to the REPORT AND RECOMMENDATION (Docket No. 34), DEFENDANT HOMELAND SECURITY SOLUTIONS, INC.'S RESPONSE TO

Case 3:14-cv-00785-REP-RCY Document 36 Filed 06/16/15 Page 1 of 3 PageID# 356

PLAINTIFF'S OBJECTION TO THE MAGISTRATE'S REPORT AND RECOMMENDATION (Docket No. 35), and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

(1) The plaintiff's objections to the REPORT AND RECOMMENDATION are overruled;

(2) The REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 33) is ADOPTED on the basis of the reasoning of the REPORT AND RECOMMENDATION;

(3) DEFENDANT HSSI' S MOTION TO DISMISS (Docket No. 6) is denied as moot;

(5) DEFENDANT HOMELAND SECURITY SOLUTIONS, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT (Docket No. 18) is granted;

(6) DEFENDANT HOMELAND SECURITY SOLUTIONS, INC.'S MOTION TO STRIKE PLAINTIFF'S "RESPONSE TO DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS" (Docket No. 2 9) is granted and the PLAINTIFF'S RESPONSE TO DEFENDANTS [sic] REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS: DATED Feb 16, 2015 AND CONCLUSION TO PURTANANT

[sic] FACTS OF CASE (Docket No. 28) is stricken and the Court will not consider the response.

Case 3:14-cv-00785-REP-RCY   Document 36   Filed 06/16/15   Page 2 of 3 PageID# 357

not consider the response; and

( 7) The Amended Complaint (Docket Nos. 3 and 12, collectively)

and the case are dismissed with prejudice.

Douglas Weakley

8350 Wetherden Dr

Mechanicsville,Va 23111

804-938-2848

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of ___Appeal of Judges decision_____ (document being served) was mailed first class, postage paid, this _7/14/2015___ to:

Wilcox and Savage, counsel for HSSI at 440 Monticello Ave Suite 2200 Norfolk St 23510 Tel 757-628-5570

Doug Weakley