**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1787

DOUGLAS WEAKLEY,

        Plaintiff - Appellant,

    v.

HOMELAND SECURITY SOLUTIONS, INCORPORATED,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:14-cv-00785-REP-RCY)

Submitted: November 17, 2015      Decided: November 19, 2015

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Douglas Weakley, Appellant Pro Se. Christopher Alan Abel, David Sutton Hirschler, III, WILLCOX & SAVAGE, PC, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Weakley appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Weakley v. Homeland Sec. Sols., Inc.</u>, No. 3:14-cv-00785-REP-RCY (E.D. Va. filed June 16, 2015; entered June 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>